UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

WILL A JOHNSON,
    Plaintiff,

v.

EQUITYEXPERTS.ORG MIDWEST LLC, d/b/a EQUITY EXPERTS,

    Defendant.

Case No. 1:20-CV-01405-JPH-TAB

**DEFENDANT'S PRELIMINARY WITNESS & EXHIBIT LIST**

Defendant, EquityExperts.Org Midwest, LLC ("EEO"), through its counsel, Katrina M. DeMarte, Esq., submits this Preliminary Witness & Exhibit List. Defendant reserves the right to amend this list consistent with the Federal Rules of Civil Procedure, this Court's Scheduling Order and local practice guidelines. Additionally, Defendant reserves any and all objections that it may have to the introduction of testimony from these or any other witnesses at trial of this matter. Subject to and without waiving these reservations, Defendant states:

**PRELIMINARY WITNESS LIST**

1. Plaintiff, Will A. Johnson, who may be contacted through Plaintiff's counsel.

2. Past and Present employees, agents and/or designated representatives of Defendant, including, but not limited to Jacqueline Galofaro, who may be contacted through undersigned counsel.

3. Past and present employees, agents and/or designated representatives of Cheswick Place Homeowners' Association.

4. Louis Schneider, Esq., 250 East Fifth, Street, Suite 440, Cincinnati, OH.

5. Past and present employees, agents and/or designated representatives of entities identified during depositions or in response to written discovery.

6. Persons identified during depositions or in response to written discovery.

7. Record keepers for any entities identified on any parties' witness list.

8. Any and all witnesses listed on Plaintiff's or any amendments thereto, whether or not called at trial.

9. Any and all witnesses called for the purpose of laying a proper foundation, rebuttal or authentication.

## **PRELIMINARY EXHIBIT LIST**

1. Balance ledger from Cheswick Place Homeowners' Association regarding the Plaintiff.

2. Correspondence to and from the Plaintiff.

3. Correspondence to and from Cheswick Place Homeowners' Association regarding the Plaintiff.

4. Correspondence from Louis Schneider regarding the Plaintiff.

5. Lien documents drafted by Louis Schneider.

6. Records of lien documents sent for recording against the subject property by Louis Schneider.

7. Correspondence from any person or entity regarding the Plaintiff.

8. Account notes regarding the Plaintiff.

9. Documentation related to title and covenants for subject property.

10. All documentation identified during depositions or in response to written discovery.

11. Exhibits listed on Plaintiff's or Defendant's Witness List or any amendments thereto, whether or not introduced at trial.

12. Any and all exhibits necessary to lay a proper foundation or for rebuttal authentication and/or impeachment purposes.

Dated: September 21, 2020

Respectfully submitted,

/s/ Katrina M. DeMarte
KATRINA M. DEMARTE (MI: P81476; CO: 43135)
DEMARTE LAW, PLLC
39555 ORCHARD PL. #600;
NOVI, MI 48375
Tel: 313.509.7047
katrina@demartelaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I electronically served a copy of the forgoing to all counsel of record.

/s/ Katrina M. DeMarte, Esq